1   LAURENCE F. PADWAY (SBN 089314)
    LAW OFFICES OF LAURENCE F. PADWAY
2   1516 Oak Street, Suite 109
    Alameda, CA 94501
3   Telephone: (510) 814-0680
    Facsimile: (510) 814-0650
4
    Attorneys for Plaintiff
5   GLEN LOBAN

6   THOMAS M. HERLIHY (SBN 83615)
    MARGIE R. LARIVIERE (SBN 172975)
7   KELLY, HERLIHY & KLEIN LLP
    44 Montgomery Street, Suite 2500
8   San Francisco, CA  94104
    Telephone:  (415) 951-0535
9   Facsimile:  (415) 391-7808

10  Attorneys for Defendant
    JOHN HANCOCK LIFE INSURANCE COMPANY
11

12              **UNITED STATES DISTRICT COURT FOR THE**
13
                **NORTHERN DISTRICT OF CALIFORNIA**
14

15

16  GLEN LOBAN,                          )   Case No.  C 04 3584 VRW
                                         )
17                  Plaintiff,           )   **STIPULATION TO DISMISS ACTION**
                                         )   **WITH PREJUDICE; [PROPOSED]**
18          vs.                          )   **ORDER THEREON**
                                         )
19  JOHN HANCOCK LIFE INSURANCE          )
    COMPANY,                             )
20                                       )
                    Defendant.           )
21  _____)

22

23

24

25

26

27

28

1    The parties to the above-entitled action, plaintiff Glen Loban and defendant John Hancock

2   Life Insurance Company, through their respective attorneys of records, hereby stipulate that the

3   above captioned action shall be dismissed with prejudice based on the settlement agreement reached

4   by the parties, each party to bear its own attorneys' fees and costs.

5   **IT IS SO STIPULATED.**

6

7                                          Respectfully submitted,

8                                          LAW OFFICES OF LAURENCE F. PADWAY

9   Dated: 9/7            , 2005    By

10                                              Laurence F. Padway
                                            Attorney for Plaintiff
11                                            GLEN LOBAN

12

13                                         KELLY, HERLIHY & KLEIN LLP

14
    Dated: 9/8          , 2005    By    Margie Lariviere
15                                              Margie R. Lariviere
                                            Attorneys for Defendant
16                               JOHN HANCOCK LIFE  INSURANCE COMPANY

17

18
    **IT IS SO ORDERED** that this action is dismissed with prejudice in its entirety pursuant to the
19
    Stipulation of the parties.
20

21
    Dated: _____
22
                                            The Honorable Judge Vaughn R Walker
23                                          United States District Court

24   E:\24174\P16

25

26

27

28

-1-